**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
                                        )
WELL GO USA, INC.,                      )
                                        )
                Plaintiff,              )
                                        )
        v.                              )       Civil Action No. 11-1946 (ABJ)
                                        )
UNKNOWN PARTICIPANTS IN                 )
FILESHARING SWARM IDENTIFIED            )
BY HASH: B7FEC872874DOCC9B-             )
1372ECE5ED07AD7420A3BBB,                )
                                        )
                Defendants.             )
                                        )
```

## ORDER

On July 8, 2013, Magistrate Judge John M. Facciola issued a Report and a Recommendation [Dkt. # 9] that plaintiff's case be dismissed with prejudice for failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure. Pursuant to Local Civil Rule 72.3(b) and Federal Rule of Civil Procedure 6(d), any written objections to Magistrate Judge Facciola's Report and Recommendation were due within 14 days. The Report and Recommendation informed plaintiff that "[f]ailure to file timely objections to the findings and recommendations set forth in this report may waive your right of appeal from an order of the District Court adopting such findings and recommendations." Report at 1–2, citing *Thomas v. Arn*, 474 U.S. 140 (1985). Eighteen days have passed since Magistrate Judge Facciola's Report and Recommendation, and plaintiff has failed to file any objections.

Therefore, after reviewing Magistrate Judge Facciola's report, it is hereby

**ORDERED** that the Report and Recommendation [Dkt. # 9] is **ADOPTED**; and for the reasons set forth in the Report, it is

**FURTHER ORDERED** that plaintiff's case is dismissed with prejudice.

**SO ORDERED**.

AMY BERMAN JACKSON
United States District Judge

DATE: July 26, 2013

2